UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CRYSTAL BROWN

v.  CA 10-087 ML

CHARU TANEJA, M.D.

ORDER

This matter is before the Court on a Report and Recommendation issued by Magistrate Judge Martin on May 7, 2010, wherein he recommends that the Complaint be dismissed. No objection has been filed and the time for doing so has passed. Accordingly, the Court adopts the Report and Recommendation. The Complaint is hereby DISMISSED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
June 2, 2010